

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 2:24CR 48 |
| | ) | |
| v. | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | Possession of Images of |
| COREY THOMAS MASON | ) | Minors Engaging in Sexually |
| | ) | Explicit Conduct |
| Defendant. | ) | |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 8, 2022, in Newport News, within the Eastern District of Virginia, the defendant Corey Thomas Mason, did knowingly, intentionally, and unlawfully possess an Apple iPhone SE cellphone, which was manufactured outside of Virginia, which contained a visual depiction which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct, such visual depiction was of such conduct, and the visual depiction was of a prepubescent minor or a minor who had not attained 12 years of age.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B).)

*United States v. Corey Thomas Mason 2:24-cr-* 48

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Matthew J. Heck
Assistant United States Attorney