**REDACTED**

JS 45 (11/2002)
**Criminal Case Cover Sheet** — U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:24cr 48 |
| County/Parish: | Same Defendant: | New Defendant: Yes |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

**Defendant Information:**

Juvenile: Yes ☐ No ☒    FBI# / VA ID#
Defendant Name: Corey Thomas Mason    Alias Name(s):
Address: Hampton, VA,
Birth Date: 1995    SSN: 0650    Sex: M    Race: White    Nationality:    Place of Birth:
Height: 6'1"    Weight: 260 lbs    Hair: Brown    Eyes: Blue    Scars/Tattoos:
Interpreter: Yes ☐ No ☒    List Language and/or dialect:

**Location Status:**

Arrest Date:
☐ Already in Federal Custody as of: _____ in: _____.
☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody
☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

Name: Ashton Wray    ☐ Court Appointed
Address: 10-A West Queens Way, Hampton, VA 23669
☒ Retained
Telephone: (757) 723-0016    ☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney: _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA: Matthew Heck    Telephone No. 757-441-6331    Bar #: 5313341 (NY)

**Complainant Agency, Address & Phone Number or Person & Title:**

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(4)(B) | Possession of Images of Minors Engaging in Sexually Explicit Conduct | 1 | Felony |